# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY KIDIAVAYI, | Case No. 2:16-cv-01202-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BRUCE LEONARD, et al., | |
| Defendant(s). | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Defendant Bruce Leonard filed a petition for removal, but failed to file a certificate of interested parties. Accordingly, Defendant Leonard must file a certificate of interested parties no later than June 8, 2016.

IT IS SO ORDERED.

DATED: June 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge