# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STANLEY KIDIAVAYI, | ) | |
| | ) | Case No. 2:16-cv-01202-KJD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| UNIVERSITY OF NEVADA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | (Docket No. 15) |

Pending before the Court is a joint proposed discovery plan. Docket No. 15. The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. The joint proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 15 at 2 (citing LR 26-1(e)(1), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). The parties have failed to comply with these requirements.

Further, discovery plans must "state the date the first defendant answered or otherwise appeared[.]" LR 26-1(b). Local Rule 26-1(b)(1) establishes 180 days, measured from that date, as the presumptively reasonable time in which to complete discovery. Where more than 180 days of discovery are sought, the proposed discovery plan must state on its face, "SPECIAL SCHEDULING REVIEW REQUESTED" and provide an explanation why the parties believe additional time is required. LR 26-1(b).

Here, the parties fail to state when the first defendant answered or otherwise appeared. Additionally, the parties' reasons for exceeding the presumptively reasonable discovery period are unpersuasive. They offer a conclusory assertion that additional time is required to "develop and litigate the issues" in Plaintiff's Complaint. Docket No. 15 at 2. Such a bald assertion is insufficient to warrant

1  a longer discovery period. *See, e.g., Nationstar Mortgage LLC v. Flamingo Trials*, 15-cv-1268-RFB-
2  NJK, Docket No. 14 (D. Nev. Sept. 9, 2015).
3        Accordingly, the joint proposed discovery plan is hereby **DENIED** without prejudice.  The
4  parties must file a joint proposed discovery plan that complies in full with LR 26-1, no later than August
5  8, 2016.
6        IT IS SO ORDERED.
7        DATED: August 3, 2016

                                                                     NANCY J. KOPPE
                                                                     United States Magistrate Judge