# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STANLEY KIDIAVAYI, )  Case No. 2:16-cv-01202-KJD-NJK
             )
    Plaintiff(s), )  ORDER
             )
vs. )
             )
BRUCE LEONARD, et al., )
             )
    Defendant(s). )
             )

  Pending before the Court are two interim status reports. Docket Nos. 23, 24. Neither is signed by both parties, as the parties were unable to come up with a mutually agreeable Joint Interim Status Report before the filing deadline. Docket No. 23 n.1. Additionally, neither contains the certifications that LR 26-3 requires. The reports are nearly identical. The only significant differences between them are how much time each party estimates is required for trial, and the parties' descriptions of the discovery completed to date. *See* Docket Nos. 23, 24.

  Accordingly, both interim status reports, Docket Nos. 23 and 24, are hereby **STRICKEN**. The parties shall file a joint interim status report that complies with LR 26-3 no later than October 13, 2016.

  IT IS SO ORDERED.

  DATED: October 6, 2016

                _____
                NANCY J. KOPPE
                United States Magistrate Judge