**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY KIDIAVAYI, ) | Case No. 2:16-cv-01202-KJD-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 46) |
| BRUCE LEONARD, et al., ) | |
| Defendant(s). ) | |

On February 9, 2017, the Court granted the parties' stipulation for a settlement conference. Docket No. 45.  Defendants now ask the Court to excuse Defendant Leonard from attending the settlement conference because he currently resides and works in Texas, and because Defendants submit he is not subject to individual liability.  Docket No. 46.  Defendants submit they will have binding authority, in compliance with the Court's order, at the settlement conference. *Id.* at 2.  For good cause shown, Defendants' motion, Docket No. 46, is hereby **GRANTED**.  Defendant Leonard shall be available by telephone during the settlement conference, should the Court have need to speak with him.

IT IS SO ORDERED.

DATED: February 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge