**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY KIDIAVAYI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY OF NEVADA, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:16-cv-01202-KJD-NJK <br><br> ORDER |

Pending before the Court is Defendants' motion for protective order, filed on an emergency basis. Docket No. 51. The Court hereby **ORDERS** Plaintiff to file a response no later than March 9, 2017. Any reply must be filed no later than March 10, 2017.

IT IS SO ORDERED.

Dated: March 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge