# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY KIDIAVAYI, | |
| Plaintiff, | Case No. 2:16-cv-01202-KJD-NJK |
| vs. | ORDER |
| UNIVERSITY OF NEVADA, et al., | (Docket No. 51) |
| Defendants. | |

Pending before the Court is Defendants' motion for protective order, filed on an emergency basis. Docket No. 51. The motion relates to a deposition scheduled for March 14, 2017. *See id.* at 18. On March 7, 2017, the Court ordered Plaintiff to file a response no later than March 9, 2017. Docket No. 52. No response has been filed. *See* Docket. Accordingly, the Court may properly grant the motion as unopposed. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion"). Additionally, the Court has reviewed the motion and finds it meritorious.

Accordingly, the Court hereby **GRANTS** Defendants' motion for protective order. Docket No. 51. The amended deposition notice is quashed, and the deposition of the person most knowledgeable for Defendant UNLV is vacated.

IT IS SO ORDERED.

Dated: March 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge